IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERWIN GERRARD HARRIS,      )
   Plaintiff,               )
                  v.          )       1:18-CV-378
                         )
KATY POOLE, et al.,         )
   Defendants.           )

## ORDER

Defendant Grewal moves to dismiss the complaint. Doc. 21. The Magistrate Judge recommended that the motion be granted in part and denied in part. Doc. 36. The plaintiff objected to the extent the Magistrate Judge recommended the motion be granted. Doc. 40. After de novo consideration, the Court adopts the opinion of the Magistrate Judge. The arguments raised in the objections do not undermine the Magistrate Judge's analysis or conclusion.

For the reasons stated by the Magistrate Judge, it is **ORDERED** that Defendant Grewal's Motion to Dismiss, Doc. 21, is **GRANTED IN PART AND DENIED IN PART**; that Plaintiff's § 1983 deliberate indifference claim against Defendant Grewal may proceed; and that any state-law medical malpractice claim or other claims asserted in the complaint against Defendant Grewal are **DISMISSED**.

Motions for summary judgment, Docs. 42, 43, 47, remain under advisement.

This the 9th day of July, 2019.

UNITED STATES DISTRICT JUDGE